United States District Court
Eastern District of California

Addium, Inc. and Meter Group, Inc. USA

Plaintiff(s)

V.

TrolMaster Agro Instruments Co., et al.

Defendant(s)

Case Number: 2:26-cv-02326-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brett L. Foster hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Addium, Inc. and Meter Group, Inc. USA

On 10/01/1992 (date), I was admitted to practice and presently in good standing in the Utah State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/30/2026

Signature of Applicant: /s/ Brett L. Foster

**Pro Hac Vice Attorney**

Applicant's Name: Brett L. Foster

Law Firm Name: Dorsey & Whitney LLP

Address: 111 S. Main St.

Suite 2100

City: Salt Lake City State: UT Zip: 84111

Phone Number w/Area Code: (801) 933-4082

City and State of Residence: Bountiful, Utah

Primary E-mail Address: foster.brett@dorsey.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elliot J. Hales

Law Firm Name: Dorsey & Whitney LLP

Address: 111 S. Main St.

Suite 2100

City: Salt Lake City State: UT Zip: 84111

Phone Number w/Area Code: (801) 933-7360 Bar # 293535

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE