UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADDIUM, INC. and METER GROUP, INC., Plaintiffs, v. TROLMASTER AGRO INSTRUMENTS CO.; THINKGROW AGRICULTURAL TECHNOLOGY, INC.; MANGO TROL LABS, INC.; MANGO TECH STORE, INC.; MANGO TROL, INC.; and MANGO TECH STORE, INC., Defendants. | No. 2:26-cv-02326-WBS-AC <br> ORDER |

----oo0oo----

The court has received plaintiffs' notice of withdrawal of request for evidentiary hearing and request for expedited consideration on plaintiffs' motion for preliminary injunction. (Docket No. 41.) Plaintiffs' request for ruling on their motion scheduled for September 28, 2026, without oral argument is DENIED. Plaintiffs' request to vacate the evidentiary hearing scheduled for that date is GRANTED. If the court determines an

evidentiary hearing is necessary after hearing the parties' oral argument on plaintiff's motion for preliminary injunction, the court will order an evidentiary hearing at a time convenient for counsel and witnesses.

Dated: September 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE