/s/ Elliot Hales July 9, 2026
ELLIOT HALES (SBN 293535)
hales.elliot@dorsey.com
BRETT FOSTER (*pro hac vice* pending)
foster.brett@dorsey.com
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-4069
Fax: (801) 933-7373

IAN SWAN (*pro hac vice* pending)
swan.ian@dorsey.com
**DORSEY & WHITNEY LLP**
1401 New York Avenue NW, Suite 900
Washington, DC 20005
Telephone: (202) 442-3000
Fax: (202) 442-3199

*Attorneys for Plaintiffs Addium, Inc. and METER GROUP, INC.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ADDIUM, INC., a Washington corporation, and METER GROUP, INC., a Washington corporation,

Plaintiffs,

v.

TROLMASTER AGRO INSTRUMENTS CO., a Hong Kong corporation, THINKGROW AGRICULTURAL TECHNOLOGY, INC., a California corporation, MANGO TROL LABS, INC., a California corporation, MANGO TECH STORE, INC., a California corporation, and MANGO TROL, INC., a California corporation,

Defendants.

CASE NO. 2:26-CV-02326-AC

**ORDER GRANTING REQUEST TO SEAL**

Hon. William B. Shubb

IT IS HEREBY ORDERED that Plaintiffs' Request to Seal is GRANTED. Pursuant to Local Rule 141 for the United States District Court for the Eastern District of California, the following documents shall be filed under seal:

1. Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction
2. Declaration of Robert Agnes and Exhibits A-D thereto
3. Declaration of Paolo Castiglione and Exhibits A-E thereto
4. Declaration of Ben Walden and Exhibits A-I thereto.

**IT IS SO ORDERED.**

Dated: September 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE